**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* ____________ Chapter 7

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Deja Vu Showgirls - Sacramento, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-0624103 |
| 4. | **Debtor's address** | **Principal place of business**<br>11252 Trade Center Drive<br>Rancho Cordova, CA 95742<br>Number, Street, City, State & ZIP Code<br>Sacramento<br>County<br><br>**Mailing address, if different from principal place of business**<br>8252 E. Lansing Road<br>Durand, MI 48429<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | https://dejavusacramento.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor Deja Vu Showgirls - Sacramento, LLC Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7139

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District ____ When ____ Case number ____
District ____ When ____ Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ____ Relationship ____
District ____ When ____ Case number, if known ____

Debtor Deja Vu Showgirls - Sacramento, LLC
Name

Case number (*if known*)

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☒ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor Deja Vu Showgirls - Sacramento, LLC
Name
Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/25/2024
MM / DD / YYYY

X
Signature of authorized representative of debtor

Harry V. Mohney
Printed name

Title Managing Member

**18. Signature of attorney** X
Signature of attorney for debtor

Date 10/28/2024
MM / DD / YYYY

Anthony Asebedo
Printed name

Reynolds Law LLP
Firm name

3001 Douglas Blvd Suite 225
Roseville, CA 95661
Number, Street, City, State & ZIP Code

Contact phone (916) 679-5550 Email address anthony@reynoldslawllp.com

155105 CA
Bar number and State

**RESOLUTION OF THE MEMBERS TO ACT THROUGH UNANIMOUS CONSENT**

Pursuant to the Operating Agreement of Déjà Vu Showgirls – Sacramento, LLC (the "Company"), organized under the laws of the State of Nevada, the undersigned, constituting all members of the Company, hereby unanimously resolve and consent, in lieu of formal meeting, to the following:

**WHEREAS,** the Company is duly qualified to do business in the State of California and is currently unable to pay its debts as they come due, and

**WHEREAS,** the Company wishes to wind up its operations and be dissolved under applicable law, and the Company has determined that such winding up can best be accomplished by using the protections and provisions of the United States Bankruptcy Code; it is

**RESOLVED,** that the Company shall file a voluntary petition for relief under chapter 7 of the Bankruptcy Code;

**RESOLVED,** that the Company engage and retain Reynolds Law, LLC, as counsel for the Company for this purpose;

**RESOLVED**, that Harry V. Mohney, as the Company's manager, and Kira Gravely, are authorized as the designated agents for the Company to perform any and all functions necessary to facilitate the chapter 7 filing, including, without limitation, assist with preparation of the appropriate Petition, Statement of Financial Affairs, Schedules of Assets and Liabilities, and all other necessary documents for the filing of a chapter 7 bankruptcy case in the United States Bankruptcy Court for the Eastern District of California and attendance at the first meeting of creditors; and

**RESOLVED,** that Harry V. Mohney, as the Company's manager, is authorized to execute any and all documents on behalf of the Company that are necessary to effectuate a bankruptcy filing or facilitate the function of Reynolds Law, LLC.

All members hereby waive notice and meeting in regard to the above actions. This resolution shall have the same force and effect as a vote of the undersigned members of the Company.

Dated: ______________

______________________________
Harry V. Mohney,
As trustee of the Harry V. Mohney Revocable Trust
Dated 3/19/1991

Dated: ______________

______________________________
Joseph Carouba

Dated: 10-21-24

Donald V. Krontz, Jr.
Donald V. Krontz, Jr.
As trustee of the Krontz Family Trust dated June 11, 2013

Dated: 10-21-24

Suzanne M. Krontz
Suzanne M. Krontz
As trustee of the Krontz Family Trust dated June 11, 2013

Dated: ______________

______________________________
Edward Seltzer

All members hereby waive notice and meeting in regard to the above actions. This resolution shall have the same force and effect as a vote of the undersigned members of the Company.

Dated: 10/24/24 ____________________

Harry V. Mohney,
As trustee of the Harry V. Mohney Revocable Trust
Dated 3/19/1991

Dated: 10/24/24 ____________________

Joseph Carouba

Dated: ____________ ____________________

Donald V. Krontz, Jr.
As trustee of the Krontz Family Trust dated June 11, 2013

Dated: ____________ ____________________

Suzanne M. Krontz
As trustee of the Krontz Family Trust dated June 11, 2013

Dated: ____________ ____________________

Edward Seltzer

All members hereby waive notice and meeting in regard to the above actions. This resolution shall have the same force and effect as a vote of the undersigned members of the Company.

Dated: ______________

______________________________
Harry V. Mohney,
As trustee of the Harry V. Mohney Revocable Trust
Dated 3/19/1991

Dated: ______________

______________________________
Joseph Carouba

Dated: ______________

______________________________
Donald V. Krontz, Jr.
As trustee of the Krontz Family Trust dated June 11, 2013

Dated: ______________

______________________________
Suzanne M. Krontz
As trustee of the Krontz Family Trust dated June 11, 2013

Dated: 10/21/24

______________________________
Edward Seltzer

**Fill in this information to identify the case:**

Debtor name Deja Vu Showgirls - Sacramento, LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/25/2024

X Harry V Mohney LLC MANAGER
Signature of individual signing on behalf of debtor

Harry V. Mohney
Printed name

Managing Member
Position or relationship to debtor



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Deja Vu Showgirls - Sacramento, LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 0.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 56,989.14 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 56,989.14 |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ 0.00 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ 0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ 497,361.49 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 497,361.49 |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Deja Vu Showgirls - Sacramento, LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Bank of Stockon | Business checking | 8016 | $25,209.14 |
| 3.2. | Oxford Bank | Business checking | 6575 | $5,738.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$30,947.14**

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Deja Vu Showgirls - Sacramento, LLC Case number *(If known)*
Name

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| | **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 2017 Chevrolet Colorado pickup (133,210 mi.; VIN 1GCGSBEN1H1200559); purchased 4/2024 from Hollywood/Vine Club, LLC but title & registration not yet transferred. KBB value listed but value may be lower as condition of vehicle is not yet confirmed. | $0.00 | KBB On-line | $11,042.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Business equipment for retail operations (aggregate cost approx. $111,604). See Attachment 50 for breakdown. | Unknown | Liquidation estimate | $15,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$26,042.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Deja Vu Showgirls - Sacramento, LLC Case number *(If known)*
Name

☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | Through payroll service ADP, debtor may be entitled to repayment of funds represented by payroll checks issued to three employees in aggregate amount of $1,675.57 but not yet cashed, in event check(s) not cashed by employees within 60 days of issuance. | Unknown |
| | Debtor may be entitled to rebate for 2024 purchases from Red Bull, which rebates are processed annually through Deja Vu Services, Inc., and paid to the debtor based on share of sales. | Unknown |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Deja Vu Showgirls - Sacramento, LLC
Name

Case number *(If known)*

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $30,947.14 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $26,042.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*.......> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $56,989.14 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $56,989.14 |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**ATTACHMENT 50**
**to Schedule A/B**

| Item | Date In Service | Original Cost |
|---|---|---|
| Oneac 180VA power backup | 11/13/07 | $219.67 |
| Netgear 24 port gigabit switch router | 5/09/17 | $1,224.80 |
| Showclub VIP Computer System | 1/23/18 | $4,284.67 |
| (2) Clubtrax POS Terminals | 11/05/18 | $8,123.53 |
| (2) Clubtrax Receipt Printers | 11/05/18 | $946.01 |
| (2) Clubtrax EMV Card Readers | 11/05/18 | $1,481.59 |
| (2) Clubtrax Cash Drawers | 11/05/18 | $318.43 |
| Clubtrax Signature Pad | 11/05/18 | $666.05 |
| Clubtrax Server | 11/05/18 | $2,122.87 |
| 2 ID scanners - ClubTrax | 5/01/22 | $1,457.04 |
| 2 Fingerprint readers - ClubTrax | 5/01/22 | $785.43 |
| Rigid Professional Vacuum | 11/06/07 | $215.49 |
| 2 QSC PLX-3602 amplifiers | 12/10/07 | $3,153.99 |
| Mid Atlantic equipment rack | 12/10/07 | $1,266.34 |
| 1 Crown CTS-8200 amplifier | 12/10/07 | $1,707.87 |
| Starplus phone system | 12/10/07 | $600.98 |
| (3) Starplus phones | 12/10/07 | $430.60 |
| 16 security cameras & 1 DVR | 5/22/12 | $1,072.49 |
| (6) Bill Acceptors | 4/08/14 | $1,326.37 |
| Ice-O-Matic Ice Machine | 10/08/15 | $3,386.70 |
| Ice-O-Matic Storage Bin | 10/08/15 | $1,100.49 |
| Triton ATM | 10/28/21 | $4,503.10 |
| 8 Beta3 QS1000 top speakers | 9/05/22 | $5,097.14 |
| 4 Spot 250 moving heads | 9/05/22 | $5,419.38 |
| 2 UV LED Panel 250w | 9/05/22 | $747.00 |
| 2 Stitch 7/40 Moving Head | 9/05/22 | $2,797.56 |
| 10 36" couch caves | 11/02/07 | $9,102.36 |
| 20 barrel chairs | 11/02/07 | $2,677.16 |
| VIP Room Decorations | 7/17/23 | $3,753.31 |
| QSC PLX-3602 amplifiers | 12/10/07 | $1,576.99 |
| Mid Atlantic equipment rack | 12/10/07 | $1,266.33 |
| 49 JBL control 24ct speakers | 12/10/07 | $11,390.59 |
| (4) SPOT 250 MOVING HEAD 250W | 6/14/21 | $4,601.05 |
| 2 StarBall | 9/05/22 | $1,127.82 |
| VIP Room Lights - 20 LED Lights | 6/18/23 | $1,903.14 |
| 3 Banquettes | 1/20/09 | $2,400.00 |
| Loveseat | 3/17/23 | $1,940.66 |
| Clubtrax Cash Drawer | 11/05/18 | $159.22 |
| Clubtrax POS Terminals | 11/05/18 | $4,061.77 |
| (2) Clubtrax Receipt Printers | 11/05/18 | $946.00 |
| Clubtrax EMV Card Reader | 11/05/18 | $740.79 |

**ATTACHMENT 50**
**to Schedule A/B**

| | | |
|---|---|---|
| ID scanner - ClubTrax | 5/01/22 | $728.52 |
| Fingerprint reader - ClubTrax | 5/01/22 | $392.72 |
| (2) Clubtrax All-In-One POS PCs | 11/05/18 | $1,724.84 |
| 2 Oneas 400VA power backup | 11/13/07 | $1,261.77 |
| 1 Oneac 200VA power backup | 11/13/07 | $349.72 |
| Whirlpool washer | 11/19/07 | $269.38 |
| Whirlpool dryer | 11/19/07 | $290.89 |
| 10' ladder | 12/10/07 | $295.64 |
| (3) 1U Rack Shelf | 5/09/17 | $734.83 |
| Quick n' Crispy Greaseless Air Fryer | 9/20/23 | $3,480.00 |
| 2-Tier Glass Desk | 11/09/23 | $217.50 |

**Fill in this information to identify the case:**

Debtor name Deja Vu Showgirls - Sacramento, LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Deja Vu Showgirls - Sacramento, LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Calif. Dept. of Tax and Fee Admin.<br>Account Information Group MIC:29<br>PO Box 942879<br>Sacramento, CA 94279-0029<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>Listed for notice.<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $0.00 | $0.00 |
| 2.2 | Priority creditor's name and mailing address<br>Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>Listed for notice.<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $0.00 | $0.00 |
| 2.3 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>Listed for notice.<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $0.00 | $0.00 |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Deja Vu Showgirls - Sacramento, LLC Case number (if known)
Name

out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Aaliyah Durfee<br>3836 Ute Way<br>Antelope, CA 95843<br>**Date(s) debt was incurred** 8/19/2022<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $38.33 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Abagail Alfaro<br>2051 Oneil Way<br>Sacramento, CA 95822<br>**Date(s) debt was incurred** 2/17/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $42.53 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Alanah Longmire<br>c/o D. Law, Inc.<br>880 E. Broadway<br>Glendale, CA 91205<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** Litigation claim.<br>Is the claim subject to offset? ☒ No ☐ Yes | Unknown |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Alcohol Controls<br>2273 Andrew Trail<br>Montgomery, IL 60538-4012<br>**Date(s) debt was incurred** 7/2024<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt.<br>Is the claim subject to offset? ☒ No ☐ Yes | $122.05 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Aleah Dangerfield<br>4762 Antelope Cir.<br>Fairfield, CA 94534<br>**Date(s) debt was incurred** 12/22/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $235.24 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Alexcyia Bradley<br>1317 Joseph St.<br>Yuba City, CA 95993<br>**Date(s) debt was incurred** 3/31/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $35.07 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Alicia Hunter<br>7541 Ramona Lane #64<br>Citrus Heights, CA 95610<br>**Date(s) debt was incurred** 6/9/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $248.42 |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Deja Vu Showgirls - Sacramento, LLC Case number (if known)
Name

| Item | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.8 | Amelia Fischer Cervantes<br>2677 El Segundo Dr.<br>Rancho Cordova, CA 95670<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,570.56 |
| 3.9 | American Express<br>P.O. Box 60189<br>City of Industry, CA 91716-0189<br>Date(s) debt was incurred 8/2024<br>Last 4 digits of account number 1007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Credit card purchases<br>Is the claim subject to offset? ☒ No ☐ Yes | $3,345.12 |
| 3.10 | Applegate 401(k) Plan<br>4804 Brompton Court<br>Carmichael, CA 95608<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Notice (owner of premises subleased from its tenant)<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.11 | Bebhinn Kramer<br>3626 Gold Creek Lane<br>Sacramento, CA 95827<br>Date(s) debt was incurred 3/1/2024<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $6.32 |
| 3.12 | Bobby Martinez<br>c/o Halavi Law, Inc.<br>9350 Wilshire Blvd., Ste. 203<br>Beverly Hills, CA 90212<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: Labor claim.<br>Is the claim subject to offset? ☒ No ☐ Yes | $200,000.00 |
| 3.13 | Briana Darden<br>8459 Sunny Lake Way<br>Sacramento, CA 95823<br>Date(s) debt was incurred 5/12/2023<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $42.53 |
| 3.14 | Carol Ann Centeno<br>2000 Devon Ave.<br>West Sacramento, CA 95691<br>Date(s) debt was incurred 8/19/2022<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Uncashed payroll checks.<br>Is the claim subject to offset? ☒ No ☐ Yes | $124.90 |
| 3.15 | Chelsea Russo<br>575 Matmor Rd. #48<br>Woodland, CA 95776<br>Date(s) debt was incurred 3/24/2023<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $118.83 |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Comcast Business<br>9602 S. 300 W. Ste. B<br>Sandy, UT 84070-3302<br>**Date(s) debt was incurred** 8/2024 - 9/2024<br>**Last 4 digits of account number** 1306 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt.<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,361.44 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Cox Business<br>PO Box 53262<br>Phoenix, AZ 85072<br>**Date(s) debt was incurred** 9/2024<br>**Last 4 digits of account number** 0501 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $238.38 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Dallakeinna Yoeung<br>10520 Winward Ave.<br>Stockton, CA 95209<br>**Date(s) debt was incurred** 10/11/2021<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $73.00 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Daniele Santos<br>588 Laurel St.<br>Vallejo, CA 94591<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $207.13 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Deja Vu Services, Inc.<br>8252 E. Lansing Road<br>Durand, MI 48429<br>**Date(s) debt was incurred** 8/2024<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Reimbursement of expenses.<br>Is the claim subject to offset? ☒ No ☐ Yes | $162.50 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Destiny Hill<br>2381 Oak Harbour Dr. #289<br>Sacramento, CA 95833<br>**Date(s) debt was incurred** 12/16/2021<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $134.95 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Destyne Turner<br>828 E. Flamingo Rd., #203<br>Las Vegas, NV 89119<br>**Date(s) debt was incurred** 10/1/2021<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $105.70 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>Elena Marino<br>9122 Posada Way<br>Sacramento, CA 95826<br>**Date(s) debt was incurred** 8/19/2022<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $13.73 |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Deja Vu Showgirls - Sacramento, LLC Case number (if known)
Name

| No. | Nonpriority creditor's name and mailing address | Date(s) debt was incurred | Last 4 digits of account number | As of the petition filing date, the claim is: Check all that apply. | Basis for the claim | Is the claim subject to offset? | Amount |
|---|---|---|---|---|---|---|---|
| 3.24 | Elizabeth Rodriguez<br>9513 Emerald Park Dr. #24<br>Elk Grove, CA 95624 | 12/9/2022 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Uncashed payroll check. | ☒ No ☐ Yes | $79.10 |
| 3.25 | Estefania Gutierrez-Pena<br>2308 Encina Ave.<br>Modesto, CA 95354 | 4/29/2022 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Uncashed payroll check. | ☒ No ☐ Yes | $87.90 |
| 3.26 | Franklin Brooks<br>3704 Plymouth Dr.<br>North Highlands, CA 95660 | 7/22/2022 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Uncashed payroll check. | ☒ No ☐ Yes | $51.75 |
| 3.27 | Global Licensing Inc<br>8252 E. Lansing Road<br>Durand, MI 48429 | 9/2024 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Unpaid licensing fee (3d qtr. 2024) | ☒ No ☐ Yes | $2,218.67 |
| 3.28 | Gloria Arce<br>2427 Jamaica Way<br>Stockton, CA 95212 | 11/10/2023 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Uncashed payroll check. | ☒ No ☐ Yes | $178.08 |
| 3.29 | Go Best, LLC<br>8252 E. Lansing Road<br>Durand, MI 48429 | 6/2024 - 9/2024 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Amounts due under marketing agreement, reimbursements. | ☒ No ☐ Yes | $3,600.72 |
| 3.30 | Golden State Water Company<br>PO Box 51133<br>Los Angeles, CA 90051-1133 | 8/2024 - 9/2024 | 0005 | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt. | ☒ No ☐ Yes | $1,571.65 |
| 3.31 | Golden State Water Company<br>PO Box 51133<br>Los Angeles, CA 90051-1133 | _ | 0003 | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt. | ☒ No ☐ Yes | $102.17 |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.32** **Nonpriority creditor's name and mailing address**
Grapevine Entertainment, Inc.
8252 Lansing Road
Durand, MI 48429
**Date(s) debt was incurred** 9/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $15.14
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Reimbursement of expenses.
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.33** **Nonpriority creditor's name and mailing address**
Gwen Buckley
11943 Sunrise Lane
Grass Valley, CA 95945
**Date(s) debt was incurred** 1/21/2022, 1/24/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,052.98
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Uncashed payroll checks.
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**
Haley Vanderveldon
5625 Manzanita Ave. #75
Carmichael, CA 95608
**Date(s) debt was incurred** 12/23/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $46.15
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Uncashed payroll check.
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**
Helena Luna
2820 Danube Dr.
Sacramento, CA 95821
**Date(s) debt was incurred** 4/15/2022, 4/29/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $596.65
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Uncashed payroll checks.
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**
Holly Stayton
7301 Candlelight Way
Citrus Heights, CA 95621
**Date(s) debt was incurred** 8/16/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $228.59
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Uncashed payroll check.
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.37** **Nonpriority creditor's name and mailing address**
Hue & Cry
1751 Bruce Drive
Anderson, CA 96007
**Date(s) debt was incurred** 9/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $32.70
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt.
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.38** **Nonpriority creditor's name and mailing address**
Isabel Baur
10001 Woodcreek Oaks Blvd., #1622
Roseville, CA 95747
**Date(s) debt was incurred** 12/1/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $139.84
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Uncashed payroll check.
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.39** **Nonpriority creditor's name and mailing address**
Jada McGee
8459 Oak Estates Lane
Sacramento, CA 95828
**Date(s) debt was incurred** 12/8/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $289.77
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Uncashed payroll check.
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Deja Vu Showgirls - Sacramento, LLC Case number (if known)
Name

**3.40** **Nonpriority creditor's name and mailing address**
Jadea Tisdale
2064 Archer Cir.
Rocklin, CA 95765
**Date(s) debt was incurred** 3/2/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $591.57
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Uncashed payroll check.
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.41** **Nonpriority creditor's name and mailing address**
Jazzmine Scott
1850 Club Center Dr. #1134
Sacramento, CA 95835
**Date(s) debt was incurred** 12/10/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $26.85
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Uncashed payroll check.
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.42** **Nonpriority creditor's name and mailing address**
Jonae Martin
8300 Holly Jill Way
Sacramento, CA 95823
**Date(s) debt was incurred** 10/29/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $616.15
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Uncashed payroll check.
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.43** **Nonpriority creditor's name and mailing address**
Kalei Anderson
1850 Club Center Dr., #521
Sacramento, CA 95824
**Date(s) debt was incurred** 8/18/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2.41
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Uncashed payroll check.
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**
Kasi Moore
6197 Lonetree Blvd.
Rocklin, CA 95765
**Date(s) debt was incurred** 5/27/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $188.48
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Uncashed payroll check.
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.45** **Nonpriority creditor's name and mailing address**
Katey Rubenaker
261 West El Camino Ave.
Sacramento, CA 95833
**Date(s) debt was incurred** 1/7/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $25.81
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Uncashed payroll check.
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**
Katie Shriver
1326 Coolidge St.
Fairfield, CA 94533
**Date(s) debt was incurred** 12/23/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $228.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Uncashed payroll check.
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.47** **Nonpriority creditor's name and mailing address**
Keiara Jackson
2388 Oakmond St.
Sacramento, CA 95815
**Date(s) debt was incurred** 2/17/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $8.64
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Uncashed payroll check.
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address**<br>Kennedee Campbell<br>9067 Mirassou Court<br>Sacramento, CA 95829<br>**Date(s) debt was incurred** 8/15/2021, 11/12/2021 11/26/2021, 4/15/2022.<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll checks.<br>Is the claim subject to offset? ☒ No ☐ Yes | $561.29 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>Khairun-Nisaa Foreman-Jefferson<br>5018 Marconi Ave., #134<br>Carmichael, CA 95608<br>**Date(s) debt was incurred** 1/20/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $134.02 |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>Kila Obrigewitch-Ireland<br>4740 Roosevelt Ave.<br>Sacramento, CA 95820<br>**Date(s) debt was incurred** 5/12/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $113.40 |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>KYMA, LLC<br>7700 Calm Waters St.<br>Las Vegas, NV 89131<br>**Date(s) debt was incurred** 8/2024<br>**Last 4 digits of account number** 478 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $58.49 |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>Lacey Cisco<br>4071 Hellenic Dr.<br>Sacramento, CA 95826<br>**Date(s) debt was incurred** 5/27/2022, 6/10/2022, 7/8/2022<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll checks.<br>Is the claim subject to offset? ☒ No ☐ Yes | $782.69 |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>Laylah Gallegos<br>1169 Casita Dr. #3<br>Yuba City, CA 95991<br>**Date(s) debt was incurred** 2/17/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $222.62 |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>LeDoux Backflow Testing Services<br>PO Box 195<br>Orangevale, CA 95662<br>**Date(s) debt was incurred** 8/2024<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services rendered.<br>Is the claim subject to offset? ☒ No ☐ Yes | $594.34 |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>Lila Nuno<br>2800 Braden Ave. #7<br>Modesto, CA 95356<br>**Date(s) debt was incurred** 2/17/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $203.07 |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Deja Vu Showgirls - Sacramento, LLC Case number (if known)
Name

3.56 **Nonpriority creditor's name and mailing address**
Lilly Bessette
c/o Halavi Law, Inc.
9350 Wilshire Blvd., Ste. 203
Beverly Hills, CA 90212
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $200,000.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Labor claim.
Is the claim subject to offset? ☒ No ☐ Yes

---

3.57 **Nonpriority creditor's name and mailing address**
Lutfi Abed
c/o Alder Law, P.C.
12800 Riverside Dr., 2nd fl.
Valley Village, CA 91607
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Personal injury/property claim.
Is the claim subject to offset? ☒ No ☐ Yes

---

3.58 **Nonpriority creditor's name and mailing address**
Marissa Perkins
562 Bridgeford Dr.
Roseville, CA 95678
**Date(s) debt was incurred** 1/20/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $70.17
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Uncashed payroll check.
Is the claim subject to offset? ☒ No ☐ Yes

---

3.59 **Nonpriority creditor's name and mailing address**
Maryfrances Walden
6040 Duet Way
Roseville, CA 95747
**Date(s) debt was incurred** 9/17/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $189.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Uncashed payroll check.
Is the claim subject to offset? ☒ No ☐ Yes

---

3.60 **Nonpriority creditor's name and mailing address**
Mischaela Austell
2470 Kim Ave.
Sacramento, CA 95832
**Date(s) debt was incurred** 6/10/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $133.03
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Uncashed payroll check.
Is the claim subject to offset? ☒ No ☐ Yes

---

3.61 **Nonpriority creditor's name and mailing address**
Modern Bookkeeping Inc.
8252 E. Lansing Road
Durand, MI 48429
**Date(s) debt was incurred** 8/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,400.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Bookkeeping services
Is the claim subject to offset? ☒ No ☐ Yes

---

3.62 **Nonpriority creditor's name and mailing address**
Nat. Assn. of Enter. Facilities, Inc.
8252 E. Lansing Rd.
Durand, MI 48429
**Date(s) debt was incurred** 8/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $25,518.75
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Reimbursement of workers' comp. and liability ins.
Is the claim subject to offset? ☒ No ☐ Yes

---

3.63 **Nonpriority creditor's name and mailing address**
Noel Sanchez, Jr.
c/o Rafael Crespo, Esq.
354 Pine St., 3rd Fl.
San Francisco, CA 94104
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Personal injury/property claim.
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Deja Vu Showgirls - Sacramento, LLC Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address**<br>Olivia Datu<br>633 Douglas St. #221<br>West Sacramento, CA 95605<br>**Date(s) debt was incurred** 6/9/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $11.67 |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>Republic Services<br>P.O. Box 60586<br>City of Industry, CA 91716-0586<br>**Date(s) debt was incurred** 9/2024<br>**Last 4 digits of account number** 0661 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waste disposal services rendered.<br>Is the claim subject to offset? ☒ No ☐ Yes | $431.63 |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>Sacramento Control Systems, Inc.<br>11249 Sunco Drive, #3<br>Rancho Cordova, CA 95742<br>**Date(s) debt was incurred** 10/2024<br>**Last 4 digits of account number** 7701 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Fire monitoring services rendered.<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>Sacramento Property Investments, LLC<br>8252 E. Lansing Rd.<br>Durand, MI 48429<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unpaid rent (Sept. & Oct. 2024)<br>Is the claim subject to offset? ☒ No ☐ Yes | $40,000.00 |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>Samantha Vilaysouk<br>2650 Stonecreek Dr. #228<br>Sacramento, CA 95833<br>**Date(s) debt was incurred** 4/28/2022<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $154.41 |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>Seilaly Cirilo Villa<br>130 Scoggins Court #403<br>Vacaville, CA 95688<br>**Date(s) debt was incurred** 8/27/2024<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $405.19 |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>Selene De Brito<br>845 Carpetta Cir.<br>Pittsburg, CA 94565<br>**Date(s) debt was incurred** 8/19/2022<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $51.75 |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>Shaelyn Sanchez<br>1000 Rood Ave.<br>Sacramento, CA 95838<br>**Date(s) debt was incurred** 9/1/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $329.75 |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Deja Vu Showgirls - Sacramento, LLC
Name
Case number (if known)

| | | | |
|---|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address**<br>Shyanna Washington<br>610 Howe Ave. #54<br>Sacramento, CA 95825<br>**Date(s) debt was incurred** 3/3/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $44.94 |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>SMUD<br>P.O. Box 15555<br>Sacramento, CA 95852<br>**Date(s) debt was incurred** 9/2024<br>**Last 4 digits of account number** 5989 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Electrical service.<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,625.63 |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>Sophia Inocelda<br>1550 Iron Point Rd., #2613<br>Folsom, CA 95630<br>**Date(s) debt was incurred** 5/18/2022<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $37.63 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>Stacy Espino<br>5325 El Camino Ave. #202<br>Carmichael, CA 95608<br>**Date(s) debt was incurred** 5/1/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $81.88 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>Steven Castellon, Jr.<br>c/o Alder Law, P.C.<br>12800 Riverside Dr., 2nd fl.<br>Valley Village, CA 91607<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** Personal injury/property claim.<br>Is the claim subject to offset? ☒ No ☐ Yes | Unknown |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>Stockton Enterprises<br>8252 E. Lansing Rd.<br>Durand, MI 48429<br>**Date(s) debt was incurred** 9/2024<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Reimbursement of expenses.<br>Is the claim subject to offset? ☒ No ☐ Yes | $211.86 |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>Thiara Hou<br>734 Howard St.<br>Stockton, CA 95206<br>**Date(s) debt was incurred** 12/22/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $263.52 |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>Valerie Vituk<br>6430 Verner Ave.<br>Sacramento, CA 95841<br>**Date(s) debt was incurred** 1/31/2022<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uncashed payroll check.<br>Is the claim subject to offset? ☒ No ☐ Yes | $405.65 |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Deja Vu Showgirls - Sacramento, LLC Case number (if known)
Name

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118.03 |
|---|---|---|---|
| | Zoraya Cordona-Perez<br>1190 Kenwood Ave.<br>Turlock, CA 95380 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 4/15/2022 | **Basis for the claim:** Uncashed payroll check. | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 497,361.49 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 497,361.49 |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Deja Vu Showgirls - Sacramento, LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Trademark License Agreement dated Apr. 1, 2021 (debtor is licensee of business trademarks). | |
| | State the term remaining | Apr. 1, 2026 | |
| | List the contract number of any government contract | | Global Licensing, Inc.<br>8252 E. Lansing Road, Suite 101<br>Durand, MI 48429 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Consulting Agreement dated Jan. 1, 2024 (debtor is operator and recipient of tech services, domain name usage, other services). | |
| | State the term remaining | Jan. 1, 2026 | |
| | List the contract number of any government contract | | Go BEST, LLC<br>3131 Ponderosa Way, Suite 8055<br>Las Vegas, NV 89118 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Sublease dated June 10, 2021 (for business premises; debtor is tenant) | |
| | State the term remaining | June 30, 2026 | |
| | List the contract number of any government contract | | Sacramento Property Investments, LLC<br>8252 E. Lansing Rd.<br>Durand, MI 48429 |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Deja Vu Showgirls - Sacramento, LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.4 | Deja Vu Services, Inc. | 8252 E. Lansing Road<br>Durand, MI 48429 | Alanah Longmire | ☐ D<br>☒ E/F 3.3<br>☐ G |
| 2.5 | Deja Vu Services, Inc. | 8252 E. Lansing Road<br>Durand, MI 48429 | Lutfi Abed | ☐ D<br>☒ E/F 3.57<br>☐ G |
| 2.6 | Deja Vu Services, Inc. | 8252 E. Lansing Road<br>Durand, MI 48429 | Steven Castellon, Jr. | ☐ D<br>☒ E/F 3.76<br>☐ G |
| 2.7 | Harry Mohney | 16 Olympia Fields Ct.<br>Las Vegas, NV 89141 | Alanah Longmire | ☐ D<br>☒ E/F 3.3<br>☐ G |
| 2.8 | Harry Mohney | 16 Olympia Fields Ct.<br>Las Vegas, NV 89141 | American Express | ☐ D<br>☒ E/F 3.9<br>☐ G |
| 2.9 | Harry Mohney | 16 Olympia Fields Ct.<br>Las Vegas, NV 89141 | Noel Sanchez, Jr. | ☐ D<br>☒ E/F 3.63<br>☐ G |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Deja Vu Showgirls - Sacramento, LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2024 to Filing Date | ☒ Operating a business<br>☐ Other | $1,050,051.91 |
| For prior year: From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other | $1,520,939.82 |
| For year before that: From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other | $1,403,800.37 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing Date | Insurance refund; Red Bull rebate | $8,839.43 |
| **For prior year:** From 01/01/2023 to 12/31/2023 | Red Bull Rebate | $1,170.00 |
| **For year before that:** From 01/01/2022 to 12/31/2022 | PY Vendor Refunds/Rebates | $3,607.21 |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Alanah Longmire et al. v. Deja Vu Showgirls - Sacramento, LLC, et al.<br>24CV012399 | Class Action | Sacramento County Superior Court<br>720 9th Street<br>Sacramento, CA 95814 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Sanchez v. Deja Vu Show Girls, et al.<br>23CV013657 | Civil; personal injury/property | Sacramento County Superior Court<br>720 9th Street<br>Sacramento, CA 95814 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Abed & Castellon v. Deja Vu Showgirls - Sacramento, LLC et al.<br>STK-CV-UPI-0009599 | Civil / personal injury-property | San Joaquin County Superior Court<br>180 E Weber Ave.<br>Stockton, CA 95202 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Reynolds Law, LLP<br>1411 Oliver St., Ste. 300<br>Fairfield, CA 94534 | | Aug. 15, 2024 | $5,838.00 |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Driver's license numbers of some customers, collected for identification purposes.

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of Stockton<br>P.O. Box 1110<br>Stockton, CA 95201 | **XXXX**-5187 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | Dec. 29, 2023 | $14,802.23 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Modern Bookkeeping, Inc.<br>8252 E. Lansing Rd.<br>Durand, MI 48429 | 2007 to present. |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | Modern Bookkeeping, Inc.<br>8252 E. Durand Rd.<br>Durand, MI 48429 | 2007 to present. |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Modern Bookkeeping, Inc.<br>8252 E. Lansing Rd.<br>Durand, MI 48429 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Harry Mohney | 16 Olympia Fields Ct.<br>Las Vegas, NV 89141 | Managing member. | 55 |
| Joseph Carouba | 250 Columbus, Ste. 207<br>San Francisco, CA 94133 | Member. | 30 |
| Donald Krontz, Jr. | 6415 Q Drive S.<br>Union City, MI 49094 | Member. | 10 |
| Edward Seltzer | 2549 W. Sinagua Trail #24<br>Saint George, UT 84770 | Member. | 5 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Deja Vu Showgirls - Sacramento, LLC Case number *(if known)* ______

**Name of the pension fund** **Employer Identification number of the pension fund**

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/25/2024

X Harry V Mohney
Signature of individual signing on behalf of the debtor

Harry V. Mohney LLC MANAGER
Printed name

Position or relationship to debtor Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No
☐ Yes



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re Deja Vu Showgirls - Sacramento, LLC — Debtor(s)

Case No. ______

Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,838.00 |
| Prior to the filing of this statement I have received | $ | 5,838.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

☒ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

☒ Debtor ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of the debtor in any judicial lien avoidances, relief from stay actions, or any adversary proceeding.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Oct. 24, 2024
*Date*

Anthony Asebedo
*Signature of Attorney*
Reynolds Law LLP
3001 Douglas Blvd Suite 225
Roseville, CA 95661
(916) 679-5550 Fax:
anthony@reynoldslawllp.com
*Name of law firm*