# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Deja Vu Showgirls - Sacramento, LLC<br><br>Debtor(s). | Bankruptcy Case No. (*If known*): |

**The following additional information is required when filing this form in an adversary proceeding.**

| | |
|---|---|
| <br>v.<br><br>Plaintiff(s),<br><br><br>Defendant(s). | Adversary Proceeding No. (*if known*): |

## STATEMENT REGARDING OWNERSHIP OF CORPORATE DEBTOR/PARTY

*[Insert name of corporate debtor/party]*

**Check one:**   ☒ DEBTOR   ☐ PLAINTIFF   ☐ DEFENDANT   ☐ OTHER (*specify*): _____

*Instructions: Federal Rule of Bankruptcy Procedure (FRBP) 7007.1 requires corporate parties to an adversary proceeding, other than the debtor or a governmental unit, to file a statement of corporate ownership with the first pleading filed. FRBP 1007(a)(1) requires corporate debtors to file with the petition a corporate ownership statement containing the information described in Rule 7007.1. Check **one** of the statements set forth below and provide any information as directed.*

☐ **1. The following corporations directly or indirectly own 10% or more of any class of the above named corporate debtor's/party's equity interest:**

Name: _____
Address: _____
_____

Name: _____
Address: _____
_____

Name: _____
Address: _____
_____

Name: _____
Address: _____
_____

*(For additional names, attach an addendum to this form.)*

☒ **2. There are no entities that directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/25/2024

_____
Signature of Authorized Individual for Corporate Debtor/Party
Harry V. Mohney   LLC Manager
_____
Printed Name of Authorized Individual for Corporate Debtor/Party
Managing Member
_____
Title of Authorized Individual for Corporate Debtor/Party

EDC 3-500 (NEW 12/2012)

Software Copyright (c) 1996-2024 Best Case,LLC - www.bestcase.com                          Best Case Bankruptcy