UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | § | Case No. 24-24835 |
| | § | |
| DEJA VU SHOWGIRLS - SACRAMENTO, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Kimberly Husted, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $0.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $34,332.92 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $21,794.71 | | |

3) Total gross receipts of $56,127.63 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $56,127.63 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $21,794.71 | $21,794.71 | $21,794.71 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $21,412.31 | $21,412.31 | $5,263.60 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $130,199.95 | $130,199.95 | $29,069.32 |
| **Total Disbursements** | $0.00 | $173,406.97 | $173,406.97 | $56,127.63 |

4). This case was originally filed under chapter 7 on 10/28/2024. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/13/2026 By: /s/ Kimberly Husted
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2017 Chevrolet Colorado-133,210mi.; VIN 1GCGSBEN1H1200559);purchased 4/2024 from Hollywood/VineClub, LLC but title & | 1129-000 | $9,000.00 |
| Bank of Stockton-Business Checking 8016 | 1129-000 | $26,394.63 |
| Equipment and furnishings bulk sale | 1129-000 | $15,000.00 |
| Oxford Bank account-Business Checking 6575 | 1129-000 | $5,733.00 |
| **TOTAL GROSS RECEIPTS** | | $56,127.63 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Claim Amount, Trustee | 2100-000 | NA | $6,056.38 | $6,056.38 | $6,056.38 |
| Claim Amount, Trustee | 2200-000 | NA | $45.74 | $45.74 | $45.74 |
| Franchise Tax Board Bankruptcy Section MS A340 | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| Attorney fees and expenses Approved per order ECF #51, Attorney for Trustee | 3210-000 | NA | $7,695.00 | $7,695.00 | $7,695.00 |
| Attorney expenses Approved per order ECF #51, Attorney for Trustee | 3220-000 | NA | $340.80 | $340.80 | $340.80 |
| Fees Approved per ECF #62, Accountant for Trustee | 3410-000 | NA | $4,401.50 | $4,401.50 | $4,401.50 |
| Auctioneer fees approved per ECF# 43, Auctioneer for Trustee | 3610-000 | NA | $1,800.00 | $1,800.00 | $1,800.00 |
| Auctioneer expenses approved per ECF# | 3992-000 | NA | $495.00 | $495.00 | $495.00 |

| | | | | | |
|---|---|---|---|---|---|
| 43, Other Professional | | | | | |
| Expenses Approved per ECF #62, Other Professional | 3992-000 | NA | $160.29 | $160.29 | $160.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $21,794.71 | $21,794.71 | $21,794.71 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | $0.00 | $21,412.31 | $21,412.31 | $5,263.60 |
| | Internal Revenue Service | 5800-000 | $0.00 | $16,148.71 | $16,148.71 | $16,148.71 |
| | US Treasury | 5800-000 | $0.00 | ($16,148.71) | ($16,148.71) | ($16,148.71) |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $21,412.31 | $21,412.31 | $5,263.60 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Internal Revenue Service | 7100-000 | $0.00 | $100.00 | $100.00 | $21.68 |
| 2 | Applegate 401 K plan | 7100-000 | $0.00 | $2,667.00 | $2,667.00 | $0.00 |
| 3 | Applegate 401 K plan | 7100-000 | $0.00 | $375.00 | $375.00 | $183.19 |
| 4 | Applegate 401 K plan | 7100-000 | $0.00 | $33,800.00 | $33,800.00 | $16,511.22 |
| 5 | Applegate 401 K plan | 7100-000 | $0.00 | $1,490.00 | $1,490.00 | $727.86 |
| 6 | Applegate 401 K plan | 7100-000 | $0.00 | $650.00 | $650.00 | $317.52 |
| 7 | Applegate 401 K plan | 7100-000 | $0.00 | $158.85 | $158.85 | $77.60 |
| 8 | Applegate 401 K plan | 7100-000 | $0.00 | $1,200.00 | $1,200.00 | $586.20 |
| 9 | Applegate 401 K plan | 7100-000 | $0.00 | $158.85 | $158.85 | $77.60 |
| 10 | Applegate 401 K plan | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | Applegate 401 K plan | 7100-000 | $0.00 | $4,196.66 | $4,196.66 | $2,050.06 |
| 12 | Le Doux | 7100-000 | $0.00 | $594.34 | $594.34 | $290.33 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Backflow Testing Services | | | | | |
| 13 | Alanah L. Longmire | 7100-000 | $0.00 | $16,839.50 | $16,839.50 | $8,226.06 |
| 14 | Sacramento Property Investments, LLC | 7200-000 | $0.00 | $40,000.00 | $40,000.00 | $0.00 |
| 15 | Nat Assn of Enter Facilities Inc | 7200-000 | $0.00 | $20,969.03 | $20,969.03 | $0.00 |
| 16 | Go Best LLC | 7200-000 | $0.00 | $3,600.72 | $3,600.72 | $0.00 |
| 17 | Modern Bookkeeping Inc | 7200-000 | $0.00 | $3,400.00 | $3,400.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $130,199.95 | $130,199.95 | $29,069.32 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



**Case No.:** 24-24835-E-7
**Case Name:** SHOWGIRLS -SACRAMENTO, LLC, DEJA VU
**For the Period Ending:** 8/13/2026

**Trustee Name:** Kimberly Husted
**Date Filed (f) or Converted (c):** 10/28/2024 (f)
**§341(a) Meeting Date:** 12/06/2024
**Claims Bar Date:** 03/10/2025

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Equipment and furnishings bulk sale | $15,000.00 | $15,000.00 | | $15,000.00 | FA |
| **Asset Notes:** | Landlord offers to buy contents of building | | | | | |
| 2 | Oxford Bank account-Business Checking 6575 | $5,738.00 | $5,733.00 | | $5,733.00 | FA |
| 3 | Bank of Stockton-Business Checking 8016 | $25,209.14 | $25,209.14 | | $26,394.63 | FA |
| 4 | 2017 Chevrolet Colorado-133,210 mi.; VIN 1GCGSBEN1H1200559); purchased 4/2024 from Hollywood/Vine Club, LLC but title & registration not yet transferred. KBB value listed but value may be lower as condition of vehicle is not yet confirmed. | $11,042.00 | $11,042.00 | | $9,000.00 | FA |
| 5 | Through payroll service ADP, debtor may be entitled to repayment of funds represented by payroll checks issued to three employees in aggregate amount of $1,675.57 but not yet cashed, in event check(s) not cashed by employees within 60 days of issuance. | Unknown | $1,000.00 | | $0.00 | FA |
| 6 | Debtor may be entitled to rebate for 2024 purchases from Red Bull, which rebates are processed annually through Deja Vu Services, Inc., and paid to the debtor based on share of sales. | Unknown | $500.00 | | $0.00 | FA |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | **$56,989.14** | **$58,484.14** | | **$56,127.63** | **Gross Value of Remaining Assets** **$0.00** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



| | | | |
|---|---|---|---|
| **Case No.:** | 24-24835-E-7 | **Trustee Name:** | Kimberly Husted |
| **Case Name:** | SHOWGIRLS -SACRAMENTO, LLC, DEJA VU | **Date Filed (f) or Converted (c):** | 10/28/2024 (f) |
| **For the Period Ending:** | 8/13/2026 | **§341(a) Meeting Date:** | 12/06/2024 |
| | | **Claims Bar Date:** | 03/10/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/26/2026 | IRS returns money. They did not amend their claim #1. New TFR will need to be submitted with the distribution of the overpaid funds. Reviewed claim 13 again and it is still categorized as a general unsecured and will be paid as such. |
| 03/26/2026 | revised TFR , NFR submitted this date because of $16k IRS refund, funds redistributed, no increase in comission. |
| 07/21/2025 | TFR Ready |
| 04/15/2025 | 2023 and 2024 final returns mailed today. Begin 60 days prompt determination. Need CPA fee app but can TFR in July 2025 |
| 04/03/2025 | Some former employees have gotten notice from the State Unclaimed property that an old paycheck may be held by the Estate. Apparently as part of the escheatment the funds that were going to be turned over to the state were retained in the bank account surrendered. Advising those employees to file a claim marking wages so it would not be tardy. |
| 03/05/2025 | Report of Sale on the truck is filed. Check is in the mail. When it arrives pay Auctioneer and then send Form 2 o CPA for final tax return. |
| 03/03/2025 | Counsel's fees approved by the court. Claims bar date has a few more days on it. Majority of the claims filed are from the landlord for expenses the building incurred pre petition but post closing of the business. The landlord started to recover the property prior to filing and was intending to send the bills to the corporate entity. They will be accepted for distribution. |
| 12/05/2024 | Sale of personal property assets approved. Title on truck is being signed now by the registered owner since it was not done before the Debtor filed bankruptcy. Auctioneer approval set for 1/9/25. |
| 11/07/2024 | Trustee and Landlord have walked through building and determined the values in the petition for the equipment is fair. Landlord is offering to buy equipment to quickly regain ownership and possession of the space to rent it to a new tenant. Truck collected, Counsel filing application to employ and developing the Asset Purchase Agreement to be heard by Noticed Motion on 12/5/24 |
| 11/07/2024 | Trustee identified assets for administration. |

**Initial Projected Date Of Final Report (TFR):** 09/03/2025 **Current Projected Date Of Final Report (TFR):**

/s/ KIMBERLY HUSTED

KIMBERLY HUSTED

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 24-24835-E-7
**Case Name:** SHOWGIRLS -SACRAMENTO, LLC, DEJA VU
**Primary Taxpayer ID #:** **-***4103
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 10/28/2024
**For Period Ending:** 8/13/2026

**Trustee Name:** Kimberly Husted
**Bank Name:** Texas Traditions Bank
**Checking Acct #:** ******0039
**Account Title:** DDA
**Blanket bond (per case limit):** $5,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/03/2025 | | Texas Traditions Bank | Transfer Funds | | 9999-000 | $41,235.04 | | $41,235.04 |
| 01/13/2026 | 7001 | Kimberly Husted | Trustee Compensation Trustee Expenses | | * | | $6,102.12 | $35,132.92 |
| | | | Claim Amount | $(6,056.38) | 2100-000 | | | $35,132.92 |
| | | | Claim Amount | $(45.74) | 2200-000 | | | $35,132.92 |
| 01/13/2026 | 7002 | Internal Revenue Service | Claim #: 1; Distribution Dividend: 100.00; Claim #: 1; Distribution Dividend: 21.69; | | * | | $21,433.99 | $13,698.93 |
| | | | Claim Amount | $(16,148.71) | 5800-000 | | | $13,698.93 |
| | | | Claim Amount | $(21.68) | 7100-000 | | | $13,698.93 |
| | | | Amount retained from original payment | $(5,263.60) | 5800-000 | | | $13,698.93 |
| 01/13/2026 | 7003 | Applegate 401 K plan | Claim #: 3; Distribution Dividend: 21.69; Claim #: 4; Distribution Dividend: 21.69; Claim #: 5; Distribution Dividend: 21.69; Claim #: 6; Distribution Dividend: 21.69; Claim #: 7; Distribution Dividend: 21.69; Claim #: 8; Distribution Dividend: 21.69; Claim #: 9; Distribution Dividend: 21.69; Claim #: 11; Distribution Dividend: 21.69; | | * | | $9,117.13 | $4,581.80 |
| | | | Claim Amount | $(81.35) | 7100-000 | | | $4,581.80 |
| | | | Claim Amount | $(7,331.99) | 7100-000 | | | $4,581.80 |
| | | | Claim Amount | $(323.21) | 7100-000 | | | $4,581.80 |
| | | | Claim Amount | $(141.00) | 7100-000 | | | $4,581.80 |
| | | | Claim Amount | $(34.46) | 7100-000 | | | $4,581.80 |
| | | | Claim Amount | $(260.31) | 7100-000 | | | $4,581.80 |
| | | | Claim Amount | $(34.46) | 7100-000 | | | $4,581.80 |
| | | | Claim Amount | $(910.35) | 7100-000 | | | $4,581.80 |
| 01/13/2026 | 7004 | Le Doux Backflow Testing Services | Claim #: 12; Distribution Dividend: 21.69; | | 7100-000 | | $128.93 | $4,452.87 |
| 01/13/2026 | 7005 | Alanah L. Longmire | Claim #: 13; Distribution Dividend: 21.69; | | 7100-000 | | $3,652.87 | $800.00 |
| 01/13/2026 | 7006 | Franchise Tax Board Bankruptcy Section MS A340 | Claim #: 18; Distribution Dividend: 100.00; | | 2820-000 | | $800.00 | $0.00 |
| 03/26/2026 | | US Treasury | Refund on Check# 7002 | | 5800-002 | | ($16,148.71) | $16,148.71 |

| | | |
|---|---|---|
| **SUBTOTALS** | $41,235.04 | $25,086.33 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 24-24835-E-7 | **Trustee Name:** | Kimberly Husted |
| **Case Name:** | SHOWGIRLS -SACRAMENTO, LLC, DEJA VU | **Bank Name:** | Texas Traditions Bank |
| **Primary Taxpayer ID #:** | **-***4103 | **Checking Acct #:** | ******0039 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 10/28/2024 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/13/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/03/2026 | 7007 | Applegate 401 K plan | Claim #: 3; Distribution Dividend: 48.85; Claim #: 4; Distribution Dividend: 48.85; Claim #: 5; Distribution Dividend: 48.85; Claim #: 6; Distribution Dividend: 48.85; Claim #: 7; Distribution Dividend: 48.85; Claim #: 8; Distribution Dividend: 48.85; Claim #: 9; Distribution Dividend: 48.85; Claim #: 11; Distribution Dividend: 48.85; | | * | | $11,414.12 | $4,734.59 |
| | | | Claim Amount | $(101.84) | 7100-000 | | | $4,734.59 |
| | | | Claim Amount | $(9,179.23) | 7100-000 | | | $4,734.59 |
| | | | Claim Amount | $(404.65) | 7100-000 | | | $4,734.59 |
| | | | Claim Amount | $(176.52) | 7100-000 | | | $4,734.59 |
| | | | Claim Amount | $(43.14) | 7100-000 | | | $4,734.59 |
| | | | Claim Amount | $(325.89) | 7100-000 | | | $4,734.59 |
| | | | Claim Amount | $(43.14) | 7100-000 | | | $4,734.59 |
| | | | Claim Amount | $(1,139.71) | 7100-000 | | | $4,734.59 |
| 06/03/2026 | 7008 | Le Doux Backflow Testing Services | Claim #: 12; Distribution Dividend: 48.85; | | 7100-000 | | $161.40 | $4,573.19 |
| 06/03/2026 | 7009 | Alanah L. Longmire | Claim #: 13; Distribution Dividend: 48.85; | | 7100-000 | | $4,573.19 | $0.00 |

| | | |
|---|---|---|
| **SUBTOTALS** | $0.00 | $16,148.71 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 24-24835-E-7
**Case Name:** SHOWGIRLS -SACRAMENTO, LLC, DEJA VU
**Primary Taxpayer ID #:** **-***4103
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 10/28/2024
**For Period Ending:** 8/13/2026

**Trustee Name:** Kimberly Husted
**Bank Name:** Texas Traditions Bank
**Checking Acct #:** ******0039
**Account Title:** DDA
**Blanket bond (per case limit):** $5,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 07/09/2026 | 7007 | STOP PAYMENT: Applegate 401 K plan | Claim #: 3; Distribution Dividend: 48.85; Claim #: 4; Distribution Dividend: 48.85; Claim #: 5; Distribution Dividend: 48.85; Claim #: 6; Distribution Dividend: 48.85; Claim #: 7; Distribution Dividend: 48.85; Claim #: 8; Distribution Dividend: 48.85; Claim #: 9; Distribution Dividend: 48.85; Claim #: 11; Distribution Dividend: 48.85; | | * | | ($11,414.12) | $11,414.12 |
| | | | Claim Amount | $101.84 | 7100-004 | | | $11,414.12 |
| | | | Claim Amount | $9,179.23 | 7100-004 | | | $11,414.12 |
| | | | Claim Amount | $404.65 | 7100-004 | | | $11,414.12 |
| | | | Claim Amount | $176.52 | 7100-004 | | | $11,414.12 |
| | | | Claim Amount | $43.14 | 7100-004 | | | $11,414.12 |
| | | | Claim Amount | $325.89 | 7100-004 | | | $11,414.12 |
| | | | Claim Amount | $43.14 | 7100-004 | | | $11,414.12 |
| | | | Claim Amount | $1,139.71 | 7100-004 | | | $11,414.12 |
| 07/09/2026 | 7009 | STOP PAYMENT: Alanah L. Longmire | Claim #: 13; Distribution Dividend: 48.85; | | 7100-004 | | ($4,573.19) | $15,987.31 |
| 07/09/2026 | 7010 | Alanah L. Longmire | Claim #: 13; Distribution Dividend: 48.85; | | 7100-000 | | $4,573.19 | $11,414.12 |
| 07/09/2026 | 7011 | Applegate 401K plan | Claims paid at 48.85 percent on claims 3-11 | | * | | $11,414.12 | $0.00 |
| | | | Dividend on claim 3 | $(101.84) | 7100-000 | | | $0.00 |
| | | | Dividend on claim 4 | $(9,179.23) | 7100-000 | | | $0.00 |
| | | | Dividend on claim 5 | $(404.65) | 7100-000 | | | $0.00 |
| | | | Dividend on claim 6 | $(176.52) | 7100-000 | | | $0.00 |
| | | | Dividend on claim 7 | $(43.14) | 7100-000 | | | $0.00 |
| | | | Dividend on claim 8 | $(325.89) | 7100-000 | | | $0.00 |
| | | | Dividend on claim 9 | $(43.14) | 7100-000 | | | $0.00 |
| | | | Dividend on claim 11 | $(1,139.71) | 7100-000 | | | $0.00 |

| | | |
|---|---|---|
| **SUBTOTALS** | $0.00 | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 24-24835-E-7 | **Trustee Name:** | Kimberly Husted |
| **Case Name:** | SHOWGIRLS -SACRAMENTO, LLC, DEJA VU | **Bank Name:** | Texas Traditions Bank |
| **Primary Taxpayer ID #:** | **-***4103 | **Checking Acct #:** | ******0039 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 10/28/2024 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/13/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $41,235.04 | $41,235.04 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $41,235.04 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $41,235.04 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $41,235.04 | |

**For the period of 10/28/2024 to 8/13/2026**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $41,235.04 |
| | |
| Total Compensable Disbursements: | $41,235.04 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $41,235.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/03/2025 to 8/13/2026**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $41,235.04 |
| | |
| Total Compensable Disbursements: | $41,235.04 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $41,235.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 24-24835-E-7 | **Trustee Name:** | Kimberly Husted |
| **Case Name:** | SHOWGIRLS -SACRAMENTO, LLC, DEJA VU | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***4103 | **Checking Acct #:** | ******3501 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/28/2024 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/13/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/08/2024 | (1) | APPLEGATE 401K Plan | Deposit on sale | | 1129-000 | $3,000.00 | | $3,000.00 |
| 12/02/2024 | (2) | Oxford Bank | Liquidate bank account | | 1129-000 | $5,733.00 | | $8,733.00 |
| 12/02/2024 | (3) | Bank of Stockton | Liquidation of bank account | | 1129-000 | $26,394.63 | | $35,127.63 |
| 12/17/2024 | (1) | APPLEGATE 401K Plan | Purchase of personal property | | 1129-000 | $12,000.00 | | $47,127.63 |
| 03/03/2025 | 6001 | Barry Spitzer | Attorney fees and expenses Approved per order ECF #51 | | * | | $8,035.80 | $39,091.83 |
| | | | Attorney fees and expenses Approved per order ECF #51 | $(7,695.00) | 3210-000 | | | $39,091.83 |
| | | | Attorney expenses Approved per order ECF #51 | $(340.80) | 3220-000 | | | $39,091.83 |
| 03/13/2025 | (4) | TMC Auctions | Sale of Truck | | 1129-000 | $9,000.00 | | $48,091.83 |
| 04/11/2025 | 6002 | Lonny Papp | Auctioneer fees and expenses Approved per ECF# 43 | | * | | $2,295.00 | $45,796.83 |
| | | | Auctioneer fees approved per ECF# 43 | $(1,800.00) | 3610-000 | | | $45,796.83 |
| | | | Auctioneer expenses approved per ECF# 43 | $(495.00) | 3992-000 | | | $45,796.83 |
| 06/17/2025 | 6003 | Michael Gabrielson | Approved per ECF #62 | | * | | $4,561.79 | $41,235.04 |
| | | | Fees Approved per ECF #62 | $(4,401.50) | 3410-000 | | | $41,235.04 |
| | | | Expenses Approved per ECF #62 | $(160.29) | 3992-000 | | | $41,235.04 |
| 11/03/2025 | | Veritex Community Bank | Transfer Funds | | 9999-000 | | $41,235.04 | $0.00 |
| | | | | | **SUBTOTALS** | $56,127.63 | $56,127.63 | |

# FORM 2



## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 24-24835-E-7 | **Trustee Name:** | Kimberly Husted |
| **Case Name:** | SHOWGIRLS -SACRAMENTO, LLC, DEJA VU | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***4103 | **Checking Acct #:** | ******3501 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/28/2024 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/13/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $56,127.63 | $56,127.63 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $41,235.04 | |
| | | | **Subtotal** | | $56,127.63 | $14,892.59 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $56,127.63 | $14,892.59 | |

**For the period of 10/28/2024 to 8/13/2026**

| | |
|---|---|
| Total Compensable Receipts: | $56,127.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $56,127.63 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14,892.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,892.59 |
| Total Internal/Transfer Disbursements: | $41,235.04 |

**For the entire history of the account between 11/07/2024 to 8/13/2026**

| | |
|---|---|
| Total Compensable Receipts: | $56,127.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $56,127.63 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14,892.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,892.59 |
| Total Internal/Transfer Disbursements: | $41,235.04 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 24-24835-E-7 | **Trustee Name:** | Kimberly Husted |
| **Case Name:** | SHOWGIRLS -SACRAMENTO, LLC, DEJA VU | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***4103 | **Checking Acct #:** | ******3501 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/28/2024 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/13/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $56,127.63 | $56,127.63 | $0.00 |

**For the period of 10/28/2024 to 8/13/2026**

| | |
|---|---|
| Total Compensable Receipts: | $56,127.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $56,127.63 |
| Total Internal/Transfer Receipts: | $41,235.04 |
| | |
| Total Compensable Disbursements: | $56,127.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $56,127.63 |
| Total Internal/Transfer Disbursements: | $41,235.04 |

**For the entire history of the case between 10/28/2024 to 8/13/2026**

| | |
|---|---|
| Total Compensable Receipts: | $56,127.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $56,127.63 |
| Total Internal/Transfer Receipts: | $41,235.04 |
| | |
| Total Compensable Disbursements: | $56,127.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $56,127.63 |
| Total Internal/Transfer Disbursements: | $41,235.04 |

/s/ KIMBERLY HUSTED

KIMBERLY HUSTED